No. 02–10740. RHIGER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–10744. WILSON *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 02–10748. CASTILLE *v.* TELETECH CUSTOMER CARE MANAGEMENT (CO), INC. C. A. 10th Cir. Certiorari denied.

No. 02–10751. RAMOS-SANTIAGO *v.* VASQUEZ, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–10752. MORKE *v.* MCKINSTRY ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–10753. WALKER *v.* KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–10755. JEFFERSON *v.* MYLES ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–10756. WILLIAMSON *v.* SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10757. YOUNG *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 02–10758. DOVE *v.* NORTH CAROLINA STATE EMPLOYEES CREDIT UNION ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–10761. CLAY *v.* WEBER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 02–10762. CROPSEY *v.* FEI INC. Ct. App. Mich. Certiorari denied.

No. 02–10763. SHERIDAN *v.* MORGANTHAU ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–10766. OCHOA *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.